**Frank Kostka, Plaintiff-Appellant, v. Erwin F. Kolarik, Defendant-Appellee.**

Gen. No. 11,392.

Second District, First Division.

September 8, 1960.

Louis A. Rosenthal and Richard J. Billik, both of Chicago, for appellant; Paul A. McLennon, of Geneva, and William J. Royal, of Chicago, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.